

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00487-CV

IN RE ROBERT WAYNE PIERCE                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered relator's "Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the petition.

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and MCCOY, JJ.

DELIVERED: December 20, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).